AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1-21-mj- 64-AJ
)
Bitcoin Embassy a/k/a Mighty Moose Mart (formerly )
Route 101 Goods), 661 Marlboro Street, Keene, New )
Hampshire )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Please see attachment A-2.

located in the _____ District of ___New Hampshire___ , there is now concealed *(identify the person or describe the property to be seized)*:
Please see attachment B-2.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1960, 371 | - Prohibition of Unlicensed Money Transmitting Business and Conspiracy |
| 18 U.S.C. §§ 1343, 1349 | - Conspiracy to Commit Wire Fraud, and Wire Fraud |
| 18 U.S.C. § 1956(a) | - Laundering of Monetary Instruments Including Funds Represented to be Proceeds of Specified Unlawful Activity |

The application is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____* ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Kathryn Thibault
*Applicant's signature*

Special Agent Kathryn Thibault, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephonic conference** _____ *(specify reliable electronic means)*

Date: 03/15/2021

[Judge's signature]
*Judge's signature*

City and state: Concord, New Hampshire    Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 1-21-mj-64-AJ | Date and time warrant executed: 3/16/21 6am | Copy of warrant and inventory left with: Business |
| Inventory made in the presence of: SA Hogan |||
| Inventory of the property taken and name(s) of any person(s) seized: See Attached Log |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/23/2021

_Executing officer's signature_

SA Kathryn Thibault
_Printed name and title_

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID: 272B-BS-2234931

On (date) 3/16/2021

Item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) 
(Street Address) 661 MARLBORO ST
(City) KEENE, NH

**Description of Item(s):**

| Bitcoin ATM, General Bytes, BT300470 |
| Operating agreement with Mighty Moose with Ian Freeman listed as a part owner, |
| Permits and commercial real estate lease for Shire Free Church |
| Three cards with multiple words |
| Letter to Bank of America Fraud Department; Bitcoin serial number on an index card; Letter signed by Ian Freeman. |
| Qsee, Digital Video Recorder, Serial TZA3LL060w01094 and a Sandisk 32 Gigabyte thumb drive plugged into the recorder. |
| Partner Bitcoin kiosk monitor; serial Q80020102831 |
| Computer Tower associated with the Bitcoin kiosk, serial 02391624 |
| Paper Wallet with QR code |

Received By: _____(signature)_____   Received From: _____(signature)_____

Printed Name/Title: Zach Hoagen SA   Printed Name/Title: